AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA,

JUDGMENT IN A CIVIL CASE

**v.**

CHRISTOPHER LEE MCBEE,

CASE NUMBER: 2:95-cr-6-2

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated March 12, 2026, Defendant Christopher Lee

McBee's Motions to Dismiss are granted and his 28 U.S.C. 2255 Motion to Set Aside, or Correct

Sentence is dismissed.



| | |
|---|---|
| March 12, 2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *James R. Burnell* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020